UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>SHOALWATER BAY TRIBE,<br><br>        Intervenor-Defendant - Appellee. | No. 23-35136<br><br>D.C. No. 3:22-cv-05325-DGE<br>U.S. District Court for Western Washington, Tacoma<br><br>**ORDER** |

    This case is RELEASED from the Mediation Program.

    All further inquiries regarding this appeal, including request for extensions of time, should be directed to the Clerk's Office.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Roxane G. Ashe
Circuit Mediator

vs/mediation