No. 23-35136
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

MAVERICK GAMING LLC,

*Plaintiff-Appellant*,

v.

UNITED STATES OF AMERICA, *et. al.*,

*Defendant-Appellee*,

SHOALWATER BAY TRIBE,

*Intervenor-Defendant-Appellee*.

_____

On appeal from the United States District Court, Western District of Washington
Case No. 3:22-cv-05325-DGE

The Honorable David G. Estudillo
_____

SHOALWATER BAY TRIBE'S SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME INDEX
_____

| Lael Echo-Hawk | Scott Crowell |
| --- | --- |
| MTHIRTYSIX, PLLC | CROWELL LAW OFFICE |
| 700 Pennsylvania Avenue SE | TRIBAL ADVOCACY GROUP LLP |
| The Yard-2nd Floor | 1487 W. State Route 89A, Ste. 8 |
| Washington, D.C. 20003 | Sedona, AZ 86336 |
| Telephone: (206) 271-0106 | Telephone: (425) 802-5369 |
| Email: Lael@MThirtySixPLLC.com | Email: scottcrowell@clotag.net |

1

| Document | File Date | USDC ECF No. | TribeSER No. |
|---|---|---|---|
| **VOLUME 1 of 2** | | | |
| Maverick Response in Opposition to Tribe's Motion to Dismiss | 10/24/2022 | 96 | 2-33 |
| Attachment A-Proposed Amicus Brief of Non-Party Tribes in Support of Limited Intervenor Shoalwater Bay Tribe's Motion to Dismiss | 10/11/2022 | 87-1 | 34-66 |
| Shoalwater Bay's Reply in Support of Motion for Limited Intervention | 08/19/2022 | 79 | 67-78 |
| Declaration of Jonathan Chavez in Support of Plaintiff's Motion for Summary Judgment | 08/12/2022 | 77 | 79-80 |
| Exhibit A- Expert Report of Jonathan Chavez | 08/12/2022 | 77-1 | 81-101 |
| Declaration of Eric Persson in Support of Plaintiff's Motion for Summary Judgment | 08/12/2022 | 76 | 102-104 |
| Plaintiff's Motion for Summary Judgment | 08/12/2022 | 75 | 105-144 |
| **VOLUME 2 of 2** | | | |
| Shoalwater Bay Tribe's Motion for Limited Intervention | 08/03/2022 | 68 | 146-165 |
| Proposed Shoalwater Bay Tribe's Motion to Dismiss | 08/03/2022 | 68-1 | 166-200 |
| Declaration of Charlene Nelson in Support of the Tribe's Motion to Dismiss | 08/03/2022 | 68-2 | 201-203 |
| Exhibit B-1-Article "Shoalwater Tribe, Marshals Face Off—Agents Start to Confiscate Slot Machines", Sep. 23, 1998 | 08/03/2022 | 68-3 | 204-208 |

| | | | |
|---|---|---|---|
| Exhibit B-2-Order Deferring Decision and Staying Proceedings on Reconsideration Motion, August 23, 2001 | 08/03/2022 | 68-4 | 209-214 |
| Exhibit B-3-Maverick Gaming Articles | 08/03/2022 | 68-5 | 215-226 |
| Exhibit B-4-Constitution of the Shoalwater Bay Indian Tribe | 08/03/2022 | 68-6 | 227-250 |
| First Amended Complaint | 07/01/2022 | 64 | 251-292 |
| Maverick Gaming LLC Notice to Withdraw Pending Motion | 05/19/2022 | 58 | 293-295 |
| Motion for Leave to File First Amended Complaint and Drop Washington State Defendants | 03/10/2022 | 35 | 296-312 |
| Exhibit 1-First Amended Complaint | 03/10/2022 | 35-1 | 313-341 |
| Error-First Amended Complaint | 03/10/2022 | 34 | 342-369 |
| | | | |