# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 23-35136

**Case Name**: Maverick Gaming, LLC v. United States of America, et al.

**Hearing Location** (*city*): Seattle

**Your Name**: Scott D. Crowell

List the sitting dates for the two sitting months you were asked to review:

March 25-29; and
May 6-10

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Please see explanation for other Cases being considered for Oral Argument in the 9th Circuit below.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

Rincon v. Bo Mazzetti, Case No.: 23-55111-Pasadena
The case above is pending scheduling for Oral Argument for the following sitting dates: MARCH 4 - 8, 11 - 15, and 25 - 29, 2024
APRIL 1 - 5 and 8 - 12, 2024

**Signature**: s/ Scott. D. Crowell     **Date**: 11/6/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**     *New 12/01/2018*